FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 20 2012 ★
LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE:** Bianco, J.

**DATE:** 1/20/2012  **TIME:** 2:40 p.m.  **Time in court:** 15 min

**DOCKET NUMBER:** CR 11-0639  **TITLE:** USA v. Michaelides et al

**DEFT NAME:** Anthanasios Michaelides  **DEFT:** # 1
_X_ PRESENT ___ NOT PRESENT  _X_ IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** George Vomvolakis
_X_ PRESENT ___ NOT PRESENT  _X_ RETAINED ___ C.J.A.
                              ___ FED. DEF. OF NY, INC.

**DEFT NAME:** Husseim Krambach  **DEFT:** #3
_X_ PRESENT ___ NOT PRESENT  ___ IN CUSTODY _X_ ON BAIL

**ATTY FOR DEFT:** Leonard Lato
_X_ PRESENT ___ NOT PRESENT  ___ RETAINED _X_ C.J.A.
                              ___ FED. DEF. OF NY, INC.

**DEFT NAME:** Vasilios Megegos  **DEFT:** #2
_X_ PRESENT ___ NOT PRESENT  _X_ IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** Lawrence Hochheiser

_X_ PRESENT ___ NOT PRESENT  ___ RETAINED _X_ C.J.A.
                              ___ FED. DEF. OF NY, INC.

**DEFT NAME:** Martin Lovely  **DEFT:** # 4
_X_ PRESENT ___ NOT PRESENT  _X_ IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** Terrence Buckley
_X_ PRESENT ___ NOT PRESENT  ___ RETAINED _X_ C.J.A.
                              ___ FED. DEF. OF NY, INC.

**DEFT NAME:** Gerald Machacek  **DEFT:** #5
_X_ PRESENT ___ NOT PRESENT  _X_ IN CUSTODY ___ ON BAIL

**ATTY FOR DEFT:** Anthony LaPinta
_X_ PRESENT ___ NOT PRESENT  ___ RETAINED _X_ C.J.A.
                              ___ FED. DEF. OF NY, INC.

**A.U.S.A.:** Burton Ryan  **DEPUTY CLERK:** Jasmine Major

**PROBATION:**

**COURT REPORTER:** ___ P. AUERBACH  _X_ E. COMBS  ___ P. LOMBARDI
___ H. RAPAPORT  ___ M. STEIGER  ___ D. TURSI  ___ O. WICKER
___ S. PICOZZI

**OTHER** _____

**INTERPRETER:** _____

__X__ CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

___ CASE ADJOURNED TO _____ FOR _____

___ MOTION CONFERENCE HELD ON _____ 'S MOTION TO
_____

___ ARGUMENT HEARD    ___ MOTION GRANTED.    ___ MOTION DENIED.
                      ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

__X__ SPEEDY TRIAL INFORMATION:
CODE TYPE: __X-_____   START DATE: __1/20/2012__ XSTRT
                          STOP DATE: __3/5/2012__ XSTOP

__X__ NEXT STATUS CONFERENCE SET FOR __3/5/2012 at 2:30 p.m.__

___ DEFT. CONTINUED IN CUSTODY.

__X__ DEFT. CONTINUED ON BAIL.

___ JURY SELECTION & TRIAL SCHEDULED FOR _____

___ MOTIONS TO BE MADE BY _____

___ RESPONSE BY GOVERNMENT BY _____

___ REPLY IF ANY BY _____

___ HEARING SET FOR: _____

___ FINAL PRETRIAL CONFERENCE SET FOR _____