UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA                    WAIVER OF SPEEDY TRIAL

-V-                                         11-cr-639 (JFB)

Michaelides et al
----------------------------------------X

It is hereby stipulated that the time period from 1/20/12 to 3/5 be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[X] engagement in continuing plea negotiations;
[ ] examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;
[ ] submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or

[X] CONTINUING DISCOVERY + PUBLIC'S INTEREST IN JUSTICE

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [X] approves this Speedy Trial Waiver [X] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: Jan. 20, 2012
Central Islip, NY

/s/ Judge Joseph F. Bianco
US District Judge
Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Defendant #1: _____    Counsel: _____
Athanasios Michaelides

Defendant #2: _____    Counsel: _____
Vasilios Megegos

Defendant #3: _____    Counsel: _____
Hussein Krambach

Defendant #4: _____    Counsel: _____
Martin Lovely

Defendant # 5: _____ /s/ _____  Counsel: _____ /s/ _____
Gerald Machacek

Defendant # 6: _____  Counsel: _____

Defendant # 7: _____  Counsel: _____

Defendant # 8: _____  Counsel: _____

Defendant # 9: _____  Counsel: _____

Defendant #10: _____  Counsel: _____

Defendant #11: _____  Counsel: _____

Defendant #12: _____  Counsel: _____