CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.

DATE: 3/5/2012     TIME: 2:50 p.m.    Time in court: 15 min.

DOCKET NUMBER: CR 11-639     TITLE: USA-V-Michaelides et al

DEFT NAME: Anthanasios Michaelides          DEFT: # 1
 X PRESENT ___NOT PRESENT     X IN CUSTODY ___ON BAIL

ATTY FOR DEFT: George Vomvolakis
 X PRESENT    ___NOT PRESENT    X RETAINED    ___C.J.A.
                                ___FED. DEF. OF NY, INC.


DEFT NAME: Vasilios Menegos          DEFT: #2
 X PRESENT ___NOT PRESENT     X  IN CUSTODY ___ON BAIL

ATTY FOR DEFT: Lawrence Hochheiser
 X PRESENT    ___NOT PRESENT    ___RETAINED    X C.J.A.
                                ___FED. DEF. OF NY, INC.


DEFT NAME: Gerald Machacek          DEFT: #5
 X PRESENT ___NOT PRESENT     X IN CUSTODY ___ON BAIL

ATTY FOR DEFT: Anthony LaPinta
 X PRESENT    ___NOT PRESENT    ___RETAINED    X C.J.A.
                                ___FED. DEF. OF NY, INC.

A.U.S.A.: Burton Ryan        DEPUTY CLERK: Mary Ryan

PROBATION: _____

COURT REPORTER: ___P. AUERBACH    ___E. COMBS    ___P. LOMBARDI
 ___H. RAPAPORT    ___M. STEIGER    ___D. TURSI    X O. WICKER
 ___S. PICOZZI

INTERPRETER: _____


 X  CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

 X  SPEEDY TRIAL INFORMATION:
     CODE TYPE: X-          START DATE: 3/05/2012 XSTRT
                            STOP DATE:  5/16/2012 XSTOP

 X  NEXT STATUS CONFERENCE SET FOR 5/16/2012 at 1:30 p.m.

 X  ALL DEFTS. CONTINUED IN CUSTODY.