UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-V-

Anthanasios Michaelides
Vasilios Menegos
Gerald Machacek

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 05 2012 ★

LONG ISLAND OFFICE

WAIVER OF SPEEDY TRIAL

11 -cr- 639 (JFB)

X

It is hereby stipulated that the time period from _3-5-12_ to _5-16-12_ be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

[X] engagement in continuing plea negotiations;
[ ] examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;
[ ] submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or

[X] _Continued Discovery and Public's Interest in Justice_

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [X] approves this Speedy Trial Waiver [X] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: _3-5-2012_
Central Islip, NY

Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____
Anthanasios Michaelides
    Defendant #1: _____ Counsel: _____
Vasilios Menegos
    Defendant #2: _____ Counsel: _____
Gerald Machacek
    Defendant #3-5 _____ Counsel: _____

    Defendant #4: _____ Counsel: _____