CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.

DATE: 5/16/2012    TIME: 1:30 p.m.   Time in court: 15 min.

DOCKET NUMBER: CR 11-639    TITLE: USA-V-Michaelides et al

DEFT NAME: Anthanasios Michaelides          DEFT: # 1
 X PRESENT ___NOT PRESENT    X IN CUSTODY ___ON BAIL

ATTY FOR DEFT: George Vomvolakis
 X PRESENT ___NOT PRESENT    X RETAINED ___C.J.A.
                              ___FED. DEF. OF NY, INC.


DEFT NAME: Vasilios Menegos          DEFT: #2
 X PRESENT ___NOT PRESENT    X IN CUSTODY ___ON BAIL

ATTY FOR DEFT: Lawrence Hochheiser
 X PRESENT ___NOT PRESENT    ___RETAINED    X C.J.A.
                              ___FED. DEF. OF NY, INC.

DEFT NAME: Martin Lovely          DEFT: #4
 X PRESENT ___NOT PRESENT    X IN CUSTODY ___ON BAIL

ATTY FOR DEFT: Terry Buckley
 X PRESENT ___NOT PRESENT    ___RETAINED    X C.J.A.
                              ___FED. DEF. OF NY, INC.

DEFT NAME: Gerald Machacek          DEFT: #5
 X PRESENT ___NOT PRESENT    X IN CUSTODY ___ON BAIL

ATTY FOR DEFT: Anthony LaPinta
 X PRESENT ___NOT PRESENT    ___RETAINED    X C.J.A.
                              ___FED. DEF. OF NY, INC.


A.U.S.A.: Burton Ryan        DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER: X  P. AUERBACH    ___E. COMBS    ___P. LOMBARDI
 ___H. RAPAPORT    ___M. STEIGER    ___D. TURSI    ___O. WICKER
 ___S. PICOZZI

INTERPRETER:


 X  CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE:  X-         START DATE: 5/16/2012 XSTRT
                           STOP DATE: 7/10/2012 XSTOP

X   NEXT STATUS CONFERENCE SET FOR 7/10/2012 at 1:30 p.m.

  X   ALL DEFTS. CONTINUED IN CUSTODY.