## CRIMINAL CAUSE FOR ARRAIGNMENT AND STATUS CONFERENCE

BEFORE: Bianco,J.

DATE: 7/10/2012      TIME: 2:00 p.m.   Time in court: 15 min.

DOCKET NUMBER: CR 11-0639       TITLE: USA-V-Michaelides et al.


DEFT NAME: Anthanasios Michaelides        DEFT: # 1
 X PRESENT    ___NOT PRESENT      X IN CUSTODY    ___ON BAIL

ATTY FOR DEFT: George Vomvolakis
   X PRESENT        NOT PRESENT       X  RETAINED        C.J.A.
                                            FED. DEF. OF NY, INC.

DEFT NAME: Vasilios Menegos          DEFT: #2
 X PRESENT    ___NOT PRESENT    X   IN CUSTODY    ___ON BAIL

ATTY FOR DEFT: Lawrence Hochheiser
   X PRESENT        NOT PRESENT         RETAINED       X C.J.A.
                                            FED. DEF. OF NY, INC.

DEFT NAME: Martin Lovely          DEFT: #4
  ___PRESENT X  NOT PRESENT   X   IN CUSTODY    ___ON BAIL

ATTY FOR DEFT: Terry Buckley
   X PRESENT        NOT PRESENT         RETAINED       X C.J.A.
                                            FED. DEF. OF NY, INC.

DEFT NAME: Gerald Machacek          DEFT: #5
 X PRESENT    ___NOT PRESENT    X IN CUSTODY    ___ON BAIL

ATTY FOR DEFT: Anthony LaPinta
   X PRESENT        NOT PRESENT         RETAINED       X C.J.A.
                                            FED. DEF. OF NY, INC.

A.U.S.A.: Burton Ryan        DEPUTY CLERK: Michele Savona

PROBATION:

COURT REPORTER:___P. AUERBACH     ___E. COMBS     ___P. LOMBARDI
   ___H. RAPAPORT     ___M. STEIGER     X   D. TURSI    ___O. WICKER
   ___S. PICOZZI

INTERPRETER:

 X   CASE CALLED.   ALL COUNSEL PRESENT.   CONFERENCE HELD.

__X__  DEFT(S) ARRAIGNED ON _____, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

__X__  SPEEDY TRIAL INFORMATION:
    CODE TYPE: __X-_____    START DATE: __7/10/2012__ XSTRT
                             STOP DATE: __9/28/2012__ XSTOP

__X__  NEXT STATUS CONFERENCE SET FOR __9/28/2012 at 2:30 p.m.__

__X__  NEXT STATUS CONFERENCE FOR MARTIN LOVELY SET FOR __7/11/2012 at 2:00 p.m.__

__X__  ALL DEFTS. CONTINUED IN CUSTODY.