AO 458 (Rev. 06/09) Appearance of Counsel

Filed

# UNITED STATES DISTRICT COURT
## for the
Eastern District of New York LONG ISLAND OFFICE

DEC 20 2012

U.S.A.
*Plaintiff*

v.

MICHAELIDES, ET AL (HUSSEIN KRAMBACH)
*Defendant*

Case No. 11 CR 00639

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hussein Krambach

Date: 12-20-12

*Attorney's signature*

Peter Verby #1284348
*Printed name and bar number*

305 Broadway, Suite 804
NYC 10007
*Address*

peter.verby@gmail.com
*E-mail address*

212 619-2130
*Telephone number*

212 571-4111
*FAX number*