

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMJ:CPK
F.#2012R00699

*610 Federal Plaza*
*Central Islip, New York 11722*

March 7, 2013

**By ECF**

Terrence P. Buckley, Esq.
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725

          Re: United States v. Martin Lovly
              Criminal Docket No. 11-639(JFB)

Dear Mr. Buckley:

      Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the government hereby notifies you that at the trial in the above-referenced matter, the government intends to call Senior Supervisor and Special Agent Brian H. Fitzpatrick, of the Drug Enforcement Administration ("DEA"), as an expert witness pursuant to Rule 702 of the Federal Rules of Evidence. Specifically, the government intends to call Special Agent Fitzpatrick to testify as an expert regarding the interstate nexus of marijuana, heroin and cocaine, and regarding the analysis, manufacture, price and distribution quantities of marijuana, heroin and cocaine. Further, he will testify about (1) the nature of illegal drug trafficking in the New York City and Long Island area including, but not limited to, its manufacture, distribution and packaging, (2) the source, cost and methods for narcotics traffickers to receive their supply of illegal drugs, including marijuana, cocaine and heroin, (3) the tools of the trade and methods of operation of an illegal drug trafficking operation and (4) the tools and methods used in operating a home grown illegal marijuana distribution program.

      Special Agent Fitzpatrick is expected to testify that he has been employed by the DEA for over 20 years and that throughout his career he has received specialized training in, among other topics, the identification of narcotics and drug trafficking and has participated in hundreds of drug trafficking investigations. The government anticipates that Special Agent Fitzpatrick will discuss the retail value of the marijuana, heroin and cocaine at issue in this case, and that the amounts at issue are consistent with distribution, rather than personal use.

Special Agent Fitzpatrick will also testify about the transport of marijuana, heroin and cocaine across state lines.

Special Agent Fitzpatrick has previously qualified as an expert and has testified in that capacity. Copies of some his prior testimony will be provided to the defense in advance of trial pursuant to 18 U.S.C. §3500.

The government reserves the right to call substitute expert witnesses, as well as to call additional expert witnesses, and will provide advance notice of any intent to do so.

The government hereby requests reciprocal discovery of any expert witness the defendant intends to call at trial.

Very truly yours,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By: /s/ *Charles P. Kelly*
Charles P. Kelly
Burton T. Ryan, Jr.
Assistant U.S. Attorneys
(631) 715-7866

Enclosures

cc: Clerk of Court (JFB) (by ECF)