

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:BTR
F.#2011R01004
NYNYE562

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

August 30, 2013

**By ECF and Hand Delivery**

Richard A. Miller
356 Veterans Memorial Highway
Suite 8 North
Commack, NY 11725

    Re:  United States v. Dennis Mitts
          Criminal Docket No. 11-639 (S-3) (JFB)

Counsel:

      Please find enclosed the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Most of these documents were previously produced to your offices as was a CD disk containing photographs of the weapons and other items seized in this case as well as other documents produced under cover letter of March 14, 2013. However, the enclosed documents are Bates numbered and contain some, but not all, of the documents on the CD disk. This letter also confirms the meeting between Task Force Officer Edwin J. Holmes and you for Thursday, September 5, 2013 at 1:00 p.m. at the Offices of the United States Attorney at the Federal Courthouse in Central Islip, New York. The purpose of this meeting is not to provide any additional Rule 16 discovery but to further plea discussions by providing you with an oral review of statements made by various witnesses to date concerning your client, defendant Dennis Mitts. Please note that the government continues to obtain statements as the trial preparation continues. Enclosed herewith are:

1. <u>Statements of Defendant Dennis Mitts to Law Enforcement</u>

      None

2. <u>Prior Criminal History</u>

      Criminal history and New York City arrest report on March 1, 2013 (Bates 1 - 16);

3. Documents and Tangible Objects

   A. The following records are attached and referenced by Bates number:

   1. Photo array DEA Invoice N-230 dated 12/18/12 Bates 17);

   2. Whitestone Contracting 123-11 18th Avenue documents - 5 page report and photo (1 page) (Bates 18-23);

   3. 18 pages of photos re house searched and weapons found at 55 Farnum Boulevard, Franklin Square, New York (Bates 24-41)[previously produced on CD Disc];

   4. DEA Form 202 Personal History Report (Bates 42-44);

   5. USM-129 Individual Custody/Detention Report (Bates 45-49);

   6. Arrest warrant - (Bates 50);

   7. Surveillance photographs of robbery at Whitestone Contracting - (Bates 51-52); and

   8. Wanted poster for defendant Dennis Mitts (Bates 53)

We will produce defendant's pay records from Whitestone Contracting upon receipt. It is our present understanding that Mr. Mitts was an employee of Whitestone Contracting in 2008 and a contractor for Whitestone Contracting from 2009-2010.

   B. Available for Inspection

There are no additional records available for your inspection. However, the guns and tools used in the robberies which are portrayed on the CD previously supplied as well as in Bates 23-40 enclosed herein are available for your inspection upon request.

4.  <u>Examinations and Tests</u>

    Fingerprint examination of the weapons by the FBI provided no identifiable prints of any defendant. The chemicals used for Fingerprint examination of the weapons precluded any subsequent DNA analysis. The FBI found each weapon operable.

5.  <u>Summary of Expert Testimony</u>

    At trial, the government intends to call Drug Enforcement Agent Brian McCormack, as an expert relative to the source of various controlled substances (i.e. heroin, cocaine and marijuana) and effect on interstate or foreign commerce involved in the possession, distribution or cultivation of such items.

    The government would also seek to call as an expert a law enforcement officer to testify that each of the weapons or ammunition involved in this case were manufactured outside of New York State and all the weapons were operational.

    Their expert reports will be produced on or before September 30, 2013 per the court order.

6.  <u>Brady Material</u>

    None

<u>The Defendant's Required Disclosures</u>

    The government asserts its right at this time to reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. Specifically, we request that you provide us with all discoverable material specified under Rule 16(b)(1)(A), (B) and (C).

    Please be advised that the government also requests the production of all statements by defense witnesses pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure. In order to avoid any unnecessary delays, we request that copies of these statements be made available to the government at the commencement of trial.

    Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by all the required authorized representatives of the Office. In

particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in <u>Lafler v. Cooper</u>, 132 S. Ct. 1376 (2012), and <u>Missouri v. Frye</u>, 132 S. Ct. 1399 (2012).

    If you have any further questions, the agents and I are available to meet with you and your client, as we have in the past, to review the evidence. In addition, please confirm that the September 5, 2013 date is convenient for our meeting at the United States Attorney's Office.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

                      By: /s/ *Charles P. Kelly*
                            BURTON T. RYAN, JR.
                            CHARLES P. KELLY
                            Assistant U. S. Attorneys


Enclosure


cc: Clerk of the Court (JFB)
    w/o Enclosures