

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

JMM:BTR
F.#2011R01004
NYNYE562

September 5, 2013

**By ECF and Federal Express**

Edward P. Jenks
332 Willis Avenue
Mineola, N.Y. 11501

Re:  United States v. Adam Valasquez, et al.
Criminal Docket No. 11-639 (S-4) (JFB)

Dear Mr. Jenks:

This letter provides you with supplemental discovery in the above referenced prosecution.  Discovery was previously provided to you under cover letters dated February 15, 2013 and March 14, 2013.  This supplemental discovery is provided pursuant to Rule 16 of the Federal Rules of Criminal Procedure and consists of documents Bates numbered 54 - 163.

Documents and Tangible Objects

Under cover letter of March 14, 2013, the government provided you with discovery including a CD disk containing the federal search warrant application, the search warrant and photographs of items seized at the residence of co-conspirators Terry Bedell and Timothy Glass.  Multiple guns, ammunition, police badges, handcuffs, and masks among other items were recovered and photographs of those items appear on the CD disk. These items will be used in the governments case and are available for your inspection at any time. That information is relevant to your client as well.  The following documents are produced with this letter:

Police report on 188th Street robbery of doctor's office and photographs of robbery scene - Bates No. 54 - 60;

Police report on Glen Oaks Bar robbery - Bates No. 61-64;

The police report on the New Jersey warehouse burglary are attached as Bates No. 65 - 89;

Photographs of robbery scene at 12-63 152nd Street, Queens, New York on January 13, 2009 as Bates No. 90 - 143; and

Photo arrays of Adam Velasquez - 15 are produced herein as Bates No. 144 - 158, some of which were previously produced under cover letter of February 15, 2013.

## Provenance of photographs Used in Identification Procedures

As directed by the court at the status conference on August 22, 2013, the government has identified the source of the photographs used in the photo arrays. The photographs used in those photo arrays were (a) copy of Adam Velasquez's United States Marshal's Service booking photograph from January 29, 2013 (Bates 159 - 162), the date of his arrest in this case and (b) Adam Velasquez's New York State Department of Motor Vehicle electronic photo image as of December 9, 2008 (Bates 163).

## Other Discovery to be Made as Soon As it Exists

A police report on a robbery committed at 12-63 152nd Street, Queens, New York on January 13, 2009 will be produced as soon as it is taken. There, defendant Adam Velasquez, armed with a gun, participated in a robbery. In that robbery, a firearm was used to assault the resident victim, a drug dealer who did not report the crime at the time it took place.

Photographs of parts of the body of Adam Velasquez to be taken in the next few days will be produced when available together with any relevant reports.

As we have indicated, because the primary evidence against your defendant consists of testimony of multiple co-conspirators and/or victims - at least six at the present time - those statements, notes and relevant documents will not be made available until the delivery of 3500 material. That material will be made available two weeks before the trial in accordance with the court order at the status conference on August 22, 2013.

If you have any further questions, as we have offered in the past, the agents and I continue to be available to meet with you and/or your client to review any of the evidence. Please note that the investigation is continuing and, therefore, additional discovery for the charged crimes and/or relating to

crimes that may be charged in a superseding indictment may be produced at any time.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: /s/ *Charles P. Kelly*
CHARLES P. KELLY/6127
BURTON T. RYAN, JR.
Assistant U. S. Attorney

Enclosures

cc: Clerk of the Court (JFB)
    w/o Enclosures