

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMJ:BTR/CPK

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

May 1, 2014

The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
Federal Plaza
Central Islip, New York 11722

    Re:   United States v. Adam Valasquez
           <u>Criminal Docket No. 11-639 (S-8)(JFB)</u>

Dear Judge Bianco:

    The Government respectfully moves to dismiss the forfeiture allegations in the above-referenced superseding indictment as to defendant Adam Valasquez.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                              United States Attorney

                   By:   <u> /s/ *Charles P. Kelly*   </u>
                             Charles P. Kelly
                             Burton T. Ryan, Assistant U.S. Attorneys
                             (631) 715-7866

cc:   Edward Jenks, Esq.
      Attorney for Adam Valasquez

      Attorney for Alexis Sanchez